1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ALFREDO BALLON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00276-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE ARRAIGNMENT AND CHANGE OF PLEA; ORDER** |
| vs. | |
| ALFREDO BALLON, | Date:  January 24, 2022 |
| Defendant. | Time:  9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alfredo Ballon, that the arraignment and change of plea currently scheduled for January 24, 2022, at 9:00 a.m. may be continued to February 14, 2022, at 9:00 a.m.

On November 12, 2021, Mr. Ballon signed a preindictment plea agreement. Pursuant to the parties' request, the Court scheduled an arraignment and change of plea for January 24, 2022, at 9:00 a.m. Mr. Ballon now has a conflict with that date and time. Specifically, his minor son is scheduled to undergo a procedure at Stanford Hospital at 10:00 a.m. on January 24, 2022.

Accordingly, the defense requests that the Court continue this matter for two weeks to February 14, 2022. The government has no objection to this request. No exclusion of time is necessary, as Mr. Ballon has not yet made an appearance in court. *See* 18 U.S.C. § 3161(c)

(providing that trial "shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs").

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: January 11, 2022

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 11, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ALFREDO BALLON

**O R D E R**

**IT IS SO ORDERED.** The arraignment currently scheduled for January 24, 2022, at 9:00 a.m. is hereby continued to February 14, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **January 12, 2022**

UNITED STATES DISTRICT JUDGE

2