# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ALFREDO BALLON<br>*Defendant* | ) ) ) ) ) | Case No. 21cr276 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: November 12, 2021

*Defendant's signature*

*Signature of defendant's attorney*

Erin Snider, Assistant Federal Defender
*Printed name of defendant's attorney*

2/14/22

*Judge's signature*

Dale A. Drozd, United States District Judge
*Judge's printed name and title*