HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALFREDO BALLON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00276-DAD-BAM-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date: May 9, 2022 |
| ALFREDO BALLON, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey A. Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alfredo Ballon, that the Court may continue the sentencing hearing currently scheduled for May 9, 2022, at 9:00 a.m. to June 6, 2022, at 9:00 a.m.

On February 14, 2022, Mr. Ballon entered a guilty plea to a single-count Information, and the Court scheduled a sentencing hearing for May 9, 2022. On April 6, 2022, the government provided 1,230 pages of new discovery to defense counsel. Defense counsel requires additional time to review the newly provided discovery and assess how such discovery may impact the upcoming sentencing hearing. The government has no objection to a continuance. Accordingly, the parties hereby stipulate that the Court may continue the sentencing hearing to June 6, 2022, at 9:00 a.m.

1

Respectfully submitted,

2

3

PHILLIP A. TALBERT
United States Attorney

4

5  Date: April 11, 2022

*/s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK

6

Assistant United States Attorney
Attorney for Plaintiff

7

8

HEATHER E. WILLIAMS
Federal Defender

9

10  Date: April 11, 2022

*/s/ Erin Snider*
ERIN SNIDER

11

Assistant Federal Defender
Attorney for Defendant

12

ALFREDO BALLON

13

14

15  **O R D E R**

16  **IT IS SO ORDERED.** The sentencing hearing currently scheduled for May 9, 2022, at

17  9:00 a.m. is hereby continued to June 6, 2022, at 9:00 a.m.

18

19  IT IS SO ORDERED.

20  Dated:   **April 11, 2022**

UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28