HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALFREDO BALLON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFREDO BALLON,<br><br>Defendant. | Case No. 1:21-cr-00276-DAD-BAM-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:  July 11, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey A. Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alfredo Ballon, that the Court may continue the sentencing hearing currently scheduled for June 6, 2022, at 9:00 a.m. to July 11, 2022, at 9:00 a.m.

On February 14, 2022, Mr. Ballon entered a guilty plea to a single-count Information, and the Court scheduled a sentencing hearing for May 9, 2022. On April 6, 2022, the government provided 1,230 pages of new discovery to defense counsel. The parties thereafter filed a stipulation to continue the May 9, 2022 sentencing hearing to June 6, 2022.

Defense counsel requires additional time to review the newly provided discovery and assess how such discovery may impact the upcoming sentencing hearing. The government has no objection to a continuance. Accordingly, the parties hereby stipulate that the Court may continue

the sentencing hearing to July 11, 2022, at 9:00 a.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 9, 2022                 */s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 9, 2022                 */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ALFREDO BALLON

**O R D E R**

Pursuant to the stipulation of the parties, the sentencing hearing currently scheduled for June 6, 2022, at 9:00 a.m. is hereby continued to July 11, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **May 9, 2022**                        _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE