PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>ALFREDO BALLON,<br><br>              Defendant. | CASE NO. 1:21-CR-00276-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on February 15, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Alfredo Ballon in the following property:

  a. Approximately $40,376.00 in U.S. Currency;

  b. All computer and computer storage devices, and all data stored upon, and any and all business records, seized during the execution of the search warrants in 2016, with the exception of personal photographs stored on a Samsung cell phone and Apple laptop.

AND WHEREAS, beginning on February 26, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the

notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a.    Theresa Mozqueda Medina:  A notice letter was sent via certified mail to Theresa Mozqueda Medina at 6018 N. Rafael Ave., Fresno, CA 93711-1548 on March 3, 2022. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on March 7, 2022.

AND WHEREAS, the Court has been advised that Theresa Mozqueda Medina has not filed a claim to the subject property and the time for it to file a claim has expired.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Alfredo Ballon and Theresa Mozqueda Medina.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Marshals Service and Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **July 22, 2022**

                                                UNITED STATES DISTRICT JUDGE